UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDUIN GERARDO LICONA
PAGOADA,

      Petitioner,

   v.                    Case No.:  2:26-cv-01107-SPC-NPM

MATTHEW MORDANT *et al.*,

      Respondents,

                           /

## <u>OPINION AND ORDER</u>

Before the Court is Eduin Gerardo Licona Pagoada's Motion to Enforce (Doc. 13).

Licona Pagoada, a noncitizen in immigration detention, sought habeas relief from this Court.  He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing.  The Court agreed and ordered the respondents to either bring Licona Pagoada before an immigration judge for a bond hearing or release Licona Pagoada from custody.

A bond hearing was held on May 1, 2026.  An immigration judge found Licona Pagoada to be danger to the community based on his criminal record and a recent pattern of traffic violations.  Licona Pagoada argues the

immigration judge did not correctly consider the evidence and asks the Court to order the respondents to release him.  But the proper way to challenge the result of the bond hearing is appeal to the Board of Immigration Appeals. Accordingly, Licona Pagoada's post-judgment motion (Doc. 13) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on May 8, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

2